### 19222.   WHITEHEAD *et al. v.* THE STATE.

BROYLES, C. J.   In the opinion of the majority of this court the evidence (which was wholly circumstantial) was insufficient to exclude every reasonable hypothesis save that of the guilt of the accused, and the refusal to grant a new trial was error.   The writer thinks that the evidence was sufficient to authorize the jury to find that it excluded every *reasonable* hypothesis except that of the defendant's guilt.   See, in this connection, *Yonce* v. *State*, 154 *Ga.* 419 (114 S. E. 325) ; *Flint* v. *State*, 29 *Ga. App.* 222 (114 S. E. 585) ; *Jones* v. *State*, 36 *Ga. App.* 264 (136 S. E. 542).

*Judgment reversed. Luke and Bloodworth, JJ., concur. Broyles, C. J., dissents.*

DECIDED NOVEMBER 13, 1928.

*Shackleford, Shackleford & Davis, Wolver M. Smith,* for plaintiff in error cited *Ga. App. Rep.*: 2/534; 7/607; 14/598; 16/291, 293-4; 25/242, 258; 27/581, 601, 603; 28/347, 363; 29/24.

*Pemberton Cooley, solicitor-general,* contra, cited *Ga. App. Rep.*: 29/173, 222; 35/581; 36/264(2) ; 154 *Ga.* 419.